# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **TUITIONFUND, LLC** | § |
| | § |
| *Plaintiff,* | § |
| | § CIVIL ACTION NO. 3:11-CV-00069 |
| v. | § JURY TRIAL DEMANDED |
| | § |
| **SUNTRUST BANKS, INC.;** | § |
| **SUNTRUST BANK;** | § |
| **REGIONS FINANCIAL CORPORATION;** | § JUDGE ALETA A. TRAUGER |
| **REGIONS BANK;** | § MAGISTRATE JUDGE BRYANT |
| **VESDIA CORPORATION;** | § |
| **CARTERA COMMERCE, INC.; AND** | § |
| **CARDLYTICS, INC.,** | § |
| | § |
| *Defendants.* | § |

## TEMPORARY RESTRAINING ORDER

Before the Court are Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction, Memorandum of Law in Support of the same, as well as exhibits and appendices attached thereto, including declarations in support thereof. Having weighed all the evidence before it, this Court is of the opinion that Plaintiff's Motion has merit and should therefore be GRANTED.

Should the relief sought by Plaintiff not be granted, Plaintiff will suffer immediate and irreparable harm based on Defendants' breach of contractual obligations. This injury will be harmful and irreparable because it will, *inter alia,* damage Plaintiff's attempts to commercialize its intellectual property in the marketplace.

For these reasons, the Court hereby ORDERS the following:

Defendants, *SunTrust Banks, Inc. and SunTrust Bank,* and their officers, agents, servants, employees, and attorneys, ~~and all persons acting in concert with them~~ shall be *temporarily* restrained from challenging the validity of TuitionFund's patents, including by filing a request for *inter partes* reexamination with the United States Patent & Trademark Office, *upon the posting of a $10,000 surety bond.* The clerk shall issue notice to *all* Defendants that the hearing on Plaintiff's request for preliminary injunction is set for *April 14, 2011* at *9:00 a.m.*

IT IS SO ORDERED *at 5:15 p.m. on April 12, 2011.*

*Aleta A. Trauger*
U.S. District Judge