IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC | ) |
| | ) |
| v. | ) No. 3-11-0069 |
| | ) |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC. | ) ) ) ) ) ) ) |

O R D E R

A status conference is scheduled on **Wednesday, March 7, 2012, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the plaintiff's motion to set case management conference (Docket Entry No. 153), how this case should proceed in the near and extended future, and any other appropriate matters.

Prior to March 7, 2012, the parties shall confer to determine if there are any provisions of a case management order upon which they can reach agreement at this time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge