IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUTIONFUND, LLC ) | |
| ) | |
| v. ) | No. 3-11-0069 |
| ) | |
| SUNTRUST BANKS, INC; SUNTRUST ) | |
| BANK; REGIONS FINANCIAL ) | |
| CORPORATION; REGIONS BANK; ) | |
| VESDIA CORPORATION; CARTERA ) | |
| COMMERCE, INC.; and ) | |
| CARDLYTICS, INC. ) | |

O R D E R

The parties' joint motion to continue and reschedule case management conference (Docket Entry No. 157) is GRANTED to the extent that the status conference, scheduled by order entered February 21, 2011 (Docket Entry No. 156), on March 7, 2012, is RESCHEDULED to **Wednesday, March 14, 2012, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the plaintiff's motion to set case management conference (Docket Entry No. 153), how this case should proceed in the near and extended future, and any other appropriate matters.

Prior to March 14, 2012, the parties shall confer to determine if there are any provisions of a case management order upon which they can reach agreement at this time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

Case 3:11-cv-00069   Document 158   Filed 03/02/12   Page 1 of 1 PageID #: 2574