IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC ) | |
| ) | |
| v. ) | No. 3-11-0069 |
| ) | |
| SUNTRUST BANKS, INC; SUNTRUST ) | |
| BANK; REGIONS FINANCIAL ) | |
| CORPORATION; REGIONS BANK; ) | |
| VESDIA CORPORATION; CARTERA ) | |
| COMMERCE, INC.; and ) | |
| CARDLYTICS, INC. ) | |

O R D E R

The parties' joint motion to extend deadline to respond (Docket Entry No. 182) is GRANTED.

The time for the defendants to file responses to the first amended complaint (Docket Entry No. 88) is extended to June 4, 2012.

In accord with the order entered April 2, 2012 (Docket Entry No. 173), counsel for the parties shall convene a telephone conference call with the Court on **Friday, May 11, 2012, at 3:00 p.m., central time,** to be initiated by plaintiff's counsel, to address further scheduling in the case.

Counsel shall file a joint proposed revised case management order prior to May 11, 2012. See Docket Entry No. 161.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge