IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TUITIONFUND, LLC )
)
v. ) No. 3-11-0069
)
SUNTRUST BANKS, INC; SUNTRUST )
BANK; REGIONS FINANCIAL )
CORPORATION; REGIONS BANK; )
VESDIA CORPORATION; CARTERA )
COMMERCE, INC.; and )
CARDLYTICS, INC. )

O R D E R

The parties' joint motion for telephonic hearing (Docket Entry No. 191) is GRANTED.

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday,**

**June 26, 2012, at 9:00 a.m., central time,** to be initiated by plaintiff's counsel, to address entry of

a protective order.

By June 25, 2012, the parties shall file a joint notice of specific provisions of the three

proposed protective orders, with reference to page and section numbers, that are disputed, with any

additional rationale in support of or in opposition to the proposed provisions that might be helpful

to the Court to consider prior to the June 26, 2012, conference call.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge