IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO.: 3:11-CV-00069 |
| | § | JURY DEMAND |
| SUNTRUST BANKS, INC.; | § | |
| SUNTRUST BANK; | § | JUDGE SHARP |
| REGIONS FINANCIAL CORPORATION; | § | MAGISTRATE JUDGE GRIFFIN |
| REGIONS BANK; | § | |
| VESDIA CORPORATION; | § | |
| CARTERA COMMERCE, INC.; | § | |
| CARDLYTICS, INC., | § | |
|     *Defendants* | § | |

## TUITIONFUND, LLC'S ANSWER TO CARDLYTICS, INC.'S COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff/Counter-Defendant TuitionFund, LLC hereby files its Answer to Cardlytics, Inc.'s ("Cardlytics") Counterclaims to Plaintiff's First Amended Complaint for Patent Infringement and in support thereof, states as follows:

### PARTIES

1. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 8 of Cardlytics' Counterclaims.

2. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 9 of Cardlytics' Counterclaims.

**TuitionFund, LLC.'s Answer to Counterclaims**
**by Cardlytics, Inc.**     **Page 1**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 1 of 8 PageID #: 3520

## JURISDICTION AND VENUE

3. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 10 of Cardlytics' Counterclaims.

4. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 11 of Cardlytics' Counterclaims.

5. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 12 of Cardlytics' Counterclaims.

## FIRST CAUSE OF ACTION

### Declaratory Judgment of Non-Infringement of the '872 Patent

6. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 13 of Cardlytics' Counterclaims.

7. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 14 of Cardlytics' Counterclaims.

8. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 15 of Cardlytics' Counterclaims.

## SECOND CAUSE OF ACTION

### Declaratory Judgment of Invalidity of the '872 Patent

9. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 16 of Cardlytics' Counterclaims.

10. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 17 of Cardlytics' Counterclaims.

**TuitionFund, LLC.'s Answer to Counterclaims
by Cardlytics, Inc.** **Page 2**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 2 of 8 PageID #: 3521

11. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 18 of Cardlytics' Counterclaims.

### THIRD CAUSE OF ACTION

### Declaratory Judgment of Non-Infringement of the '572 Patent

12. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 19 of Cardlytics' Counterclaims.

13. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 20 of Cardlytics' Counterclaims.

14. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 21 of Cardlytics' Counterclaims.

### FOURTH CAUSE OF ACTION

### Declaratory Judgment of Invalidity of the '572 Patent

15. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 22 of Cardlytics' Counterclaims.

16. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 23 of Cardlytics' Counterclaims.

17. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 24 of Cardlytics' Counterclaims.

TuitionFund, LLC.'s Answer to Counterclaims
by Cardlytics, Inc.
Page 3
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 3 of 8 PageID #: 3522

## FIFTH CAUSE OF ACTION

### Declaratory Judgment of Non-Infringement of the '704 Patent

18. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 25 of Cardlytics' Counterclaims.

19. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 26 of Cardlytics' Counterclaims.

20. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 27 of Cardlytics' Counterclaims.

## SIXTH CAUSE OF ACTION

### Declaratory Judgment of Invalidity of the '704 Patent

21. To the extent the referenced allegations are herein previously denied, Plaintiff/Counter-Defendant denies the allegations contained in paragraph 28 of Cardlytics' Counterclaims.

22. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 29 of Cardlytics' Counterclaims.

23. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 30 of Cardlytics' Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendants/Counter-Plaintiffs as follows:

    A.    For judgment dismissing the counterclaims with prejudice;

**TuitionFund, LLC.'s Answer to Counterclaims**
**by Cardlytics, Inc.**     **Page 4**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 4 of 8 PageID #: 3523

B. For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C. An award of the costs of this action; and

D. That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's First Amended Complaint.

Respectfully submitted,

/s/ George E. Barrett
**GEORGE E. BARRETT**
STATE BAR NO. BPR#2672
**DAVID W. GARRISON**
STATE BAR NO. BPR#24968
**SCOTT P. TIFT**
STATE BAR NO. BPR#27592
BARRETT JOHNSTON, LLC
217 Second Avenue, N
Nashville, TN 37201
615.244.2202 (telephone)
615.252.3798 (facsimile)
dgarrison@barrettjohnston.com
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

**ANTHONY K. BRUSTER**
TEXAS STATE BAR NO. 24036280
**EDWARD CHIN**
TEXAS STATE BAR NO. 5051168
**DRAKE MARTIN**
TENNESSEE STATE BAR NO. 018786
**NIX PATTERSON & ROACH, L.L.P.**
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75063
972.831.1188 (telephone)
972.444.0716 (facsimile)
akbruster@nixlawfirm.com

edchin@me.com
drakemartin@nixlawfirm.com

**BRADY PADDOCK**
TENNESSEE STATE BAR NO. 025201
**R. BENJAMIN KING**
TEXAS STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**DEREK T. GILLILAND**
TEXAS STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.3827 (facsimile)
dgilliland@nixlawfirm.com

**STEVEN HOWARD SLATER**
TEXAS STATE BAR NO. 00784985
**NATALIE SWIDER**
TEXAS STATE BAR NO. 24063211
**BRIAN CARLSON**
TEXAS STATE BAR NO. 24001839
**SLATER & MATSIL, L.L.P.**
17950 Preson Road, Suite 1000
Dallas, Texas 75252
972.732.1001 (telephone)
972.732.9218 (facsimile)
slater@slater-matsil.com
swider@slater-matsil.com
carlson@slater-matsil.com

**ATTORNEYS FOR PLAINTIFF TUITIONFUND, LLC**

TuitionFund, LLC.'s Answer to Counterclaims
by Cardlytics, Inc. **Page 6**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 6 of 8 PageID #: 3525

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, the foregoing *TuitionFund LLC's Answer to Cardlytics, Inc.'s Counterclaims to Plaintiff's First Amended Complaint for Patent Infringement* was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record.

Robert S. Patterson, Esquire (No. 6189)
Melissa Ballengee Alexander (No. 19956)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2326
Facsimile: (615) 252-6326
bpatterson@babc.com
malexander@babc.com

John D. Simmons, Esquire (admitted *pro hac vice*)
Dennis J. Butler, Esquire (admitted *pro hac vice*)
Christina D. Frangiosa, Esquire (admitted *pro hac vice*)
Mark T. Vogelbacker, Esquire (admitted *pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL, LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 965-1330
Facsimile: (215) 965-1331
jsimmons@panitchlaw.com
dbutler@pantichlaw.com
cfrangiosa@panitchlaw.com
mvogelbacker@panitchlaw.com

*Attorneys for Defendants, SunTrust Banks, Inc., SunTrust Bank, Cartera Commerce, Inc. and Vesdia Corporation*

Robert E. Boston (TN Bar # 9744)
Joseph A. Woodruff (TN Bar # 012869)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
Fax: (615) 244-6804
bob.boston@wallerlaw.com
woody.woodruff@wallerlaw.com

**TuitionFund, LLC.'s Answer to Counterclaims**
**by Cardlytics, Inc.** **Page 7**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 7 of 8 PageID #: 3526

Brian J. Malcom (admitted p*ro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Ste 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-8787
Email: brian.malcom@wallerlaw.com

Michael S. Connor, Esq. (admitted *pro hac vice*)
M. Scott Stevens, Esq. (admitted *pro hac vice*)
ALSTON & BIRD LLP
101 S. Tryon St., Suite 4000
Charlotte, NC 28280
(704) 444-1000
Fax: (704) 444-1111
mike.connor@alston.com
scott.stevens@alston.com

Matthew Urbanawiz, Esq. (admitted *pro hac vice*)
Daniel L. Huynh, Esq. (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax (404) 881-7777
matt.urbanawiz@alston.com
daniel.huynh@alston.com

*Attorneys for Defendants Regions Bank, Regions Financial Corp., and Cardlytics, Inc*

/s/ George E. Barrett
GEORGE E. BARRETT
BARRETT JOHNSTON, LLC

**TuitionFund, LLC.'s Answer to Counterclaims
by Cardlytics, Inc.** **Page 8**
Case 3:11-cv-00069   Document 196   Filed 06/25/12   Page 8 of 8 PageID #: 3527