IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TUITIONFUND, LLC )
)
v. ) No. 3-11-0069
)
SUNTRUST BANKS, INC; SUNTRUST )
BANK; REGIONS FINANCIAL )
CORPORATION; REGIONS BANK; )
VESDIA CORPORATION; CARTERA )
COMMERCE, INC.; and )
CARDLYTICS, INC. )

O R D E R

Pursuant to the order entered June 18, 2012 (Docket Entry No. 192), counsel for the parties called the Court on June 26, 2012, at which time the Court addressed the parties' disputes relating to entry of a protective order. See Docket Entry Nos. 191 and 195. Counsel hoped to file a proposed protective order in accord with the resolution of those disputes by June 29, 2012.

On June 29, 2012, the parties filed a joint proposed protective order (Docket Entry No. 199-1), which is contemporaneously entered.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge