IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC | ) |
| | ) |
| v. | ) No. 3-11-0069 |
| | ) |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC. | ) ) ) ) ) ) |

O R D E R

On July 23, 2012, defendants Cardlytics, Inc., Regions Financial Corp., and Regions Bank ("the Cardlytics defendants") filed a motion for partial summary judgment or, in the alternative, for involuntary dismissal (Docket Entry No. 202).

The plaintiff shall have until August 22, 2012, to file a response.[1] Any reply, if necessary, shall be filed within 14 days[2] of the filing of the response or by September 5, 2012, if the response is filed on August 22, 2012.

No other filings in support of or in opposition to the pending motion for partial summary judgment or involuntary dismissal shall be made without the express permission of the Honorable Kevin H. Sharp.

No further memoranda in support of or in opposition to the pending motion shall exceed twenty (20) pages.

---

[1] The Court has provided a 30 day period for filing a response since that was the time period provided in the May 18, 2012, order (Docket Entry No. 185), for responding to any dispositive motion. However, the plaintiff is strongly urged to file a response well in advance of the August 22, 2012, deadline in light of the other deadlines provided in the orders entered May 18, 2012 (Docket Entry Nos. 185-186).

[2] Although the May 18, 2012, order (Docket Entry No. 185), provided a 10 day time period to file a reply, the Court has changed the period to 14 days for ease of calculation.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the motion for partial summary judgment or, in the alternative, for involuntary dismissal, filed by the Cardlytics defendants and accompanying filings (Docket Entry Nos. 202-204), the plaintiff's response to be filed no later than August 22, 2012, and any reply, if necessary, to be filed no later than September 5, 2012.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge