# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 3:11-cv-00069 |
| ) | |
| SUNTRUST BANKS, INC.; ) | |
| SUNTRUST BANK; ) | Judge Sharp |
| REGIONS FINANCIAL ) | |
| CORPORATION; ) | |
| REGIONS BANK; ) | Magistrate Judge Griffin |
| VESDIA CORPORATION; ) | |
| CARTERA COMMERCE, INC.; ) | Oral Argument Requested |
| CARDLYTICS, INC., ) | |
| ) | |
| *Defendants.* ) | |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THE VESDIA DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REEXAMINATION**

Defendants SunTrust Banks, Inc., SunTrust Bank, Vesdia Corporation and Cartera Commerce, Inc. (collectively, the "Vesdia Defendants") respectfully move for leave to file the attached Reply Brief in Support of their Motion to Stay Pending *Inter Partes* Reexamination and Memorandum of Law (ECF Nos. 207 and 208) and in opposition to TuitionFund's Response (ECF No. 211). In its Response, TuitionFund mischaracterized the progression of the present litigation, which requires correction, including 1) this is not the same issue decided in *TuitionFund, LLC v. First Horizon National Corp. et al.*, Civ. No. 3:11-CV-00852 ("the *First Horizon* case"); 2) this litigation is in its infancy; and 3) TuitionFund has not acted to expedite the litigation. The attached Reply Brief provides further detail.