IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO.: 3:11-CV-00069 |
| | § | JURY DEMAND |
| SUNTRUST BANKS, INC.; | § | |
| SUNTRUST BANK; | § | Judge Kevin H. Sharp |
| REGIONS FINANCIAL CORP.; | § | Magistrate Judge Juliet Griffin |
| REGIONS BANK; | § | |
| VESDIA CORPORATION; | § | |
| CARTERA COMMERCE, INC.; | § | |
| CARDLYTICS, INC., | § | |
|     *Defendants* | § | |

## ORDER GRANTING JOINT MOTION FOR
## STIPULATED PARTIAL DISMISSAL

Before the Court is Plaintiff TuitionFund, LLC ("TuitionFund") and Defendants Cardlytics, Inc., Regions Financial Corp., and Regions Bank (collectively "Cardlytics Defendants") Joint Motion for Entry of Stipulated Partial Dismissal of all claims of U.S. Patent No. 7,499,872 ("the 872 patent") as asserted against the Cardlytics Defendants only. As set forth below, the Joint Motion for Stipulated Dismissal is hereby GRANTED.

In this litigation, TuitionFund accuses the Cardlytics Defendants of infringing certain claims of various patents owned by TuitionFund. In particular, TuitionFund accuses the Cardlytics Defendants of infringing by the operation of the "Regions Cashback Rewards" system. The Regions Cashback Rewards system is a debit-card based system. As a result, TuitionFund's claims asserted under the 872 patent against the Cardlytics Defendants for the debit-card based "Regions Cashback Rewards" system only

are hereby dismissed with prejudice. Other than the debit-card based "Regions Cashback Rewards" system, the dismissal of the 872 patent against the Cardlytics Defendants is without prejudice.

The Cardlytics Defendants counterclaims against TuitionFund relating to the 872 are hereby dismissed without prejudice.

All costs and expenses associated with this partial dismissal shall be borne by the party incurring same.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE