*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC §<br>§ *Plaintiff* §<br>§<br>v. §<br>§<br>SUNTRUST BANKS, INC.; §<br>SUNTRUST BANK; §<br>REGIONS FINANCIAL CORPORATION; §<br>REGIONS BANK; §<br>VESDIA CORPORATION; §<br>CARTERA COMMERCE, INC.; §<br>CARDLYTICS, INC., §<br>*Defendants* § | CASE NO.: 3:11-cv-00069<br>JURY DEMAND<br><br>DISTRICT JUDGE SHARP<br><br>MAGISTRATE JUDGE GRIFFIN |

**TUITIONFUND, LLC UNOPPOSED MOTION FOR LEAVE TO EXCEED 20 PAGES IN ITS CLAIM CONSTRUCTION BRIEF**

Plaintiff TuitionFund, LLC respectfully seeks leave to exceed the Court's 20-page limit for briefs in TuitionFund's claim construction brief, which is due tomorrow, October 26, 2012. As grounds for this motion, TuitionFund notes (1) that it intends to file a single claim construction brief for both the instant case and the parallel proceeding titled *TuitionFund, LLC v. First Horizon National Corp. et al.*, Case No. 3:11-cv-00852 ("First Horizon Case"), (2) that the Court lifted the 20-page limit in the First Horizon Case, and (3) that the Court lifted the 20-page limit for the defendants' claim construction brief in this case on the defendants' unopposed motion. *See* First Horizon Case, Doc. No. 153, p. 2, ¶ 4; *see also* Doc. No. 230 in the instant case.

For these reasons. TuitionFund seeks leave of the Court to file a claim construction brief of thirty (30) pages or fewer. Defendants do not oppose this motion.

1