UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC | ) |
| | ) |
| v. | )  NO. 3:11-0069 |
| | )  JUDGE SHARP |
| SUNTRUST BANKS, INC., et al., | ) |
| | ) |

### ORDER

Due to a calendar conflict, the Markman Hearing set for December 7, 2012 is hereby continued to Friday, February 1, 2013 at 9:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE