TUVⒶJÞÁÕÜŒꝐVÒÖ
*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC, | § § § § | |
| *Plaintiff* | § | |
| v. | § § | |
| SUNTRUST BANKS, INC.; | § | CASE NO.: 3:11-cv-00069 |
| SUNTRUST BANK; | § | Judge Kevin H. Sharp |
| REGIONS FINANCIAL CORPORATION; | § | Magistrate Judge Juliet E. Griffin |
| REGIONS BANK; | § | |
| VESDIA CORPORATION; | § | |
| CARTERA COMMERCE, INC.; | § | |
| CARDLYTICS, INC., | § | |
| *Defendants* | § § § | |

**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO HAVE DOCKET ENTRY NOS. 179-186 FROM RELATED ACTION 3:11-cv-00852 BE DEEMED FILED IN THIS ACTION**

Defendants Cardlytics, Inc., Regions Bank, Regions Financial Corp., Vesdia Corporation, Cartera Commerce, Inc., Suntrust Bank, and Suntrust Banks, Inc. (collectively, "Defendants") hereby respectfully move to have the certified file histories of the patents-in-suit, filed as Docket Entry Nos. 179-186 in the related Civil Action No. 3:11-cv-00852 ("852 Litigation"), to be deemed filed in this case as well. Plaintiff TuitionFund, LLC has indicated that it will not oppose this motion.[1]

In conjunction with the recent *Markman* hearing held in relation to both this and the 852 Litigation, certified copies of the three patents-in-suit, their file histories, their reexamination file

---

[1] The parties agree that TuitionFund's lack of opposition does not waive TuitionFund's right to contest the authenticity, admissibility, completeness, and relevance of the file histories and reexamination file histories in the future.