UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:11-00069 |
| SUNTRUST BANKS, INC., *et al.*, | ) ) | Judge Sharp |
| Defendants. | ) ) | |

*************************************************************************

| | | |
|---|---|---|
| TUITIONFUND, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:11-00852 |
| FIRST HORIZON NATIONAL CORPORATION, *et al.*, | ) ) ) | Judge Sharp |
| Defendants. | ) ) | |

## ORDER

The specified claims in U.S. Patent No. 7,499,872, U.S. Patent No. 7,653,572, and U.S. Patent No. 7,899,704 relating to a program that assists consumers saving for higher education by placing rebates from certain purchases in a specialized rebate account are hereby construed in accordance with the Memorandum on Claim Construction issued contemporaneously herewith.

This case is returned to Magistrate Judge Griffin for further pretrial case management in accordance with the previously entered order of reference.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE