IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | ) | |
| | ) | |
| v. | ) | No. 3-11-0069 |
| | ) | |
| SUNTRUST BANKS, INC; SUNTRUST | ) | |
| BANK; REGIONS FINANCIAL | ) | |
| CORPORATION; REGIONS BANK; | ) | |
| VESDIA CORPORATION; CARTERA | ) | |
| COMMERCE, INC.; and | ) | |
| CARDLYTICS, INC. | ) | |

O R D E R

Pursuant to the order entered May 18, 2012 (Docket Entry No. 186), and April 23, 2013 (Docket Entry Nos. 270 and 272), a case management conference is scheduled in conjunction with TuitionFund v. First Horizon, 3-11-0852, on **Thursday, May 16, 2013, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address further scheduling for the remaining progression of this case, including setting the case for trial, the potential for settlement, propriety of ADR, and any other appropriate matters.

If the date and time for the case management conference presents scheduling conflicts for counsel, they shall confer with each other and with counsel in the First Horizon case and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge