IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | ) | |
| | ) | |
| v. | ) | No. 3-11-0069 |
| | ) | |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC. | ) ) ) ) ) ) | |

O R D E R

After consideration of the parties' joint mediation report (Docket Entry No. 282), a telephone conference call with the Court and counsel for the parties is scheduled on **Tuesday, June 4, 2013, at 4:00 p.m., central time,** in conjunction with a conference call in TuitionFund v. First Horizon, 3-11-0852, to be facilitated by plaintiff's counsel,[1] to address whether the parties want to schedule a settlement conference before the undersigned Magistrate Judge. As addressed on May 16, 2013, the Court has tentatively reserved the dates of June 14, 2013, and June 18, 2013. The month of July of 2013 is not available and will not become available. If a settlement conference is not scheduled in June, the next possible date would be August 13, 2013.

Counsel who will attend the settlement conference shall participate in the June 4, 2013, conference call or, if unable to attend, shall give another attorney his or her full proxy and calendar.

If the June 4, 2013, conference call presents scheduling conflicts for counsel, they shall confer with each other and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Plaintiff's counsel need not initiate the call, if other counsel are willing to do so. Simply put, plaintiff's counsel is charge of making sure that the call is made to the Court with the necessary lawyers on the phone.