IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | § | CASE NO.: 3:11-CV-00069 |
| *Plaintiff*, | § | |
| | § | JUDGE SHARP |
| v. | § | |
| | § | MAGISTRATE JUDGE GRIFFIN |
| SUNTRUST BANKS, INC., ET AL. | § | |
| | § | |
| *Defendants*. | § | |

**JOINT MOTION TO EXTEND THE DEADLINE FOR THE PARTIES TO EXCHANGE FINAL VALIDITY AND FINAL NON-INFRINGEMENT CHARTS**

COME NOW THE PARTIES, jointly and by and through their respective undersigned counsel and respectfully request that the Court extend the deadline for the parties to exchange service of their respective Final Validity and Final Non-Infringement Charts from June 11, 2013 to July 31, 2013. In light of the upcoming mediations and the considerable time and expense involved in preparing the parties' Final Validity and Final Non-Infringement Charts, the parties request the extension in order to focus on the mediation efforts and, if the mediations are successful, perhaps avoid entirely the expense associated with preparing these charts.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request that the Court enter an order extend the deadline to exchange Final Validity and Final Non-Infringement charts from June 11, 2013 to July 31, 2013.

Dated: June 7, 2013