IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC | ) |
| | ) |
| v. | ) No. 3-11-0069 |
| | ) |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC. | ) ) ) ) ) ) |

O R D E R

Counsel for the parties called the Court on July 22, 2013, at which time the following matters were addressed:

1.  The plaintiff has relayed a settlement proposal to the Cardlytics defendants, but the parties mutually agree that mediation would be unlikely to be productive at this juncture in the case.

2.  The parties jointly sought extensions of most of the deadlines provided in the order entered May 22, 2013 (Docket Entry No. 280). The following deadlines are extended:

    a.  The June 11, 2013, deadline for the plaintiff to serve on defendants a final validity claim chart and for the defendants to serve on the plaintiff a final non-infringement claim chart is extended to July 31, 2013.

    b.  The August 5, 2013, deadline for completion of fact discovery is extended to August 28, 2013, but only for the purpose of conducting depositions that have already been noticed.

    c.  The August 9, 2013, deadline for filing discovery motions relating to fact discovery is extended to August 30, 2013. Alternatively, counsel for the parties shall, by August 30, 2013, schedule a telephone conference call with the Court to address any discovery issues or disputes relating to fact discovery.

    d.  The September 4, 2013, deadline for the parties to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure on issues on which the

party bears the burden of proof for all issues other than claim construction is extended to September 25, 2013.

  e. The October 4, 2013, deadline for serving Rule 26(a)(2) rebuttal expert disclosures on issues on which the opposing party bears the burden of proof for all matters other than claim construction is extended to October 25, 2013.

  f. The November 4, 2013, deadline for completion of expert discovery is extended to November 25, 2013.

  g. The November 6, 2013, deadline for filing discovery motions relating to expert discovery is extended to November 27, 2013. Alternatively, counsel for the parties shall, by November 27, 2013, schedule a telephone conference call with the Court to address any issues or disputes relating to expert discovery.

  h. The December 4, 2013, deadline for filing dispositive motions is extended to December 23, 2013. Any response shall be filed within 37 days of the filing of the motion or by January 29, 2014,[1] if the motion is filed on December 23, 2013. Any reply, if necessary, shall be filed within 16 days of the filing of the response or by February 14, 2014, if the response is filed on January 29, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after February 14, 2014, except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages without Judge Sharp's express permission.

 It is so ORDERED.

          _____
          JULIET GRIFFIN
          United States Magistrate Judge

---

[1] If any dispositive motion is filed prior to December 2013, any response shall be filed within 30 days and any reply within 14 days of the filing of the response.