IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | ) | |
| | ) | |
| v. | ) | No. 3-11-0069 |
| | ) | |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC. | ) ) ) ) ) ) ) | |

O R D E R

The parties' joint motion to extend deadlines (Docket Entry No. 316) is GRANTED.

The plaintiff shall have until October 17, 2013, to file a response to the defendants' motion to stay (Docket Entry No. 313). The defendants shall have until October 23, 2013, to file a reply to the plaintiff's response.

The following deadlines, provided in the order entered September 9, 2013 (Docket Entry No. 312), are extended:

1. The October 16, 2013, deadline for the parties to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure on issues on which the opposing party bears the burden of proof for all issues other than claim construction is extended to November 15, 2013.

2. The November 15, 2013, deadline for serving Rule 26(a)(2) rebuttal expert disclosures on issues on which the opposing party bears the burden of proof for all matters other than claim construction is extended to December 18, 2013.

3. The December 16, 2013, deadline for completion of expert discovery is extended to January 17, 2014.

4. The December 18, 2013, deadline for filing discovery motions relating to expert discovery is extended to January 21, 2014. Alternatively, counsel for the parties shall, by January 21,

2014, schedule a telephone conference call with the Court to address any issues or disputes relating to expert discovery.

5. The December 23, 2013, deadline for filing dispositive motions, as provided in the order entered July 25, 2013 (Docket Entry No. 302), is extended to January 24, 2014. Any response shall be filed within 21 days of the filing of the motion or by February 14, 2014, if the motion is filed on January 24, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 28, 2014, if the response is filed on February 14, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after February 28, 2014, except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages without Judge Sharp's express permission.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:11-cv-00069   Document 317   Filed 10/15/13   Page 2 of 2 PageID #: 17992