IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC | ) |
| | ) |
| v. | ) No. 3-11-0069 |
| | ) |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC.[1] | ) |

O R D E R

The parties' joint motion to extend deadlines (Docket Entry No. 342) is GRANTED.

The February 14, 2014, deadline for filing any dispositive motion is extended to February 21, 2014. Any response shall be filed within 21 days of the filing of the motion or by March 14, 2014, if the motion is filed on February 21, 2014. Any reply, if necessary, shall be filed within 11 calendar days of the filing of the response or by March 25, 2014, if the response is filed on March 14, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after March 25, 2014, except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Upon agreed motion to dismiss filed by the plaintiff and defendants SunTrust Banks, Inc., SunTrust Bank, Vesdia Corporation and Cartera Commerce, Inc. (Docket Entry No. 309), the plaintiff's claims against SunTrust Banks, Inc., SunTrust Bank, Vesdia Corporation and Cartera Commerce, Inc. were dismissed with prejudice by order entered October 24, 2013 (Docket Entry No. 323).