IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § | Civ. No. 3:11-CV-0069<br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |
| SUNTRUST BANKS, INC., *et al.*, | | |
| *Defendants*. | | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff TuitionFund hereby moves this Court for leave to file under seal its Motion for Leave to File Surreply to Cardltytics, Inc., Regions Financial Corp., and Regions Bank's Motion to Strike Portions of Michael Thompson's Declaration with attached Surreply, Exhibits A through B and unreported case relied upon in Plaintiff's Surreply.

The Court has entered a Protective Order in the matter (Dkt No. 201) to which all parties have agreed. The above documents contain confidential or restricted information as set forth in the Protective Order. As such, disclosure is limited to the parties set forth in the Protective Order, including the Court.

For good cause shown, and pursuant to the Protective Order of this Court, Plaintiff moves to have its Motion for Leave to File Surreply to Cardltytics, Inc., Regions Financial Corp., and Regions Bank's Motion to Strike Portions of Michael Thompson's Declaration with attached Surreply, Exhibits A through B and unreported case relied upon in Plaintiff's Surreply filed under seal.