CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **TUITIONFUND, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civ. No. 3:11-CV-0069 |
| § | Judge Kevin H. Sharp |
| **SUNTRUST BANKS, INC.,** *et al.*, § | Magistrate Judge Juliet E. Griffin |
| § | |
| *Defendants.* § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO THE CARDLYTICS DEFENDANTS' MOTION TO STRIKE PORTIONS OF MICHAEL THOMPSON'S DECLARATION

Plaintiff TuitionFund hereby moves this Court for leave to file its Surreply to Defendants Cardlytics, Inc., Regions Financial Corp., and Regions Bank's Motion to Strike Portions of Michael Thompson's Declaration ("Surreply").

In its Surreply, TuitionFund will address the erroneous arguments put forth by the Defendants in their Reply in Support of their Motion to Strike ("Reply"). Accordingly, the Defendants' Motion should be denied with prejudice.

WHEREFORE, TuitionFund respectfully requests that the Court grant this request for Leave to file a Surreply to the Defendants Cardlytics, Inc., Regions Financial Corp., and Regions Bank's Motion to Strike Portions of Michael Thompson's Declaration.

Dated: February 4, 2014.