IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | CASE NO.: 3:11-cv-00069 |
| SUNTRUST BANKS, INC.; | § § | JURY DEMAND |
| SUNTRUST BANK; | § | |
| REGIONS FINANCIAL CORPORATION; | § | |
| REGIONS BANK; | § | |
| VESDIA CORPORATION; | § | |
| CARTERA COMMERCE, INC.; | § | |
| CARDLYTICS, INC., | § § | |
| *Defendants* | § § § | |

**DEFENDANTS' MOTION FOR LEAVE OF COURT TO EXCEED 20 PAGES, AND TO PERMIT UP TO 50 PAGES, FOR SUMMARY JUDGMENT BRIEFS**

Defendants Cardlytics, Inc., Regions Financial Corp., and Regions Bank (collectively "Defendants") hereby move for leave to exceed, if needed, the Court's usual page limit for the parties' respective briefs in support of their motions for summary judgment, due no later than April 18, 2014. This motion is supported by a goal to do a little more now to save a lot more later.

The Court's Supplemental Case Management Order ("CMO") (D.I. 185), section M, provides for a twenty-page limit for briefs supporting *any* motion. *See also* Practice and Procedure Manual (Judge Sharp) § III(C)(3). Local Rule 7.01(a) and (c)(1), respectively, provide for twenty-five pages. The Court's CMO and the Local Rules do not specify a separate page limit for briefs for dispositive motions. Even well-organized, these generally involve a more detailed discussion of the content of the Local Rule 56.01(b) and (c) statement of material undisputed facts, case law, and legal argument for the issues ripe for summary judgment.