IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | ) | |
| | ) | |
| v. | ) | No. 3-11-0069 |
| | ) | |
| SUNTRUST BANKS, INC; SUNTRUST BANK; REGIONS FINANCIAL CORPORATION; REGIONS BANK; VESDIA CORPORATION; CARTERA COMMERCE, INC.; and CARDLYTICS, INC.[1] | ) ) ) ) ) ) ) | |

O R D E R

The parties' joint motion to extend deadlines (Docket Entry No. 392) is GRANTED, and the following deadlines are extended:

1. The April 11, 2014, deadline for completion of expert discovery is extended to April 17, 2014.

2. The April 15, 2014, deadline for filing any discovery motion relating to expert discovery is extended to April 22, 2014. Alternatively, counsel for the parties shall schedule a telephone conference call no later than April 22, 2014, to address any issues or disputes relating to expert discovery.

3. The April 18, 2014, deadline for filing any dispositive motions is extended to April 25, 2014. Any response shall be filed within 21 days of the filing of the motion or by May 16, 2014, if the motion is filed on April 25, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 30, 2014, if the response is filed on May 16, 2014.

---

[1] Upon agreed motion to dismiss filed by the plaintiff and defendants SunTrust Banks, Inc., SunTrust Bank, Vesdia Corporation and Cartera Commerce, Inc. (Docket Entry No. 309), the plaintiff's claims against SunTrust Banks, Inc., SunTrust Bank, Vesdia Corporation and Cartera Commerce, Inc. were dismissed with prejudice by order entered October 24, 2013 (Docket Entry No. 323).

No other filings in support of or in opposition to any dispositive motion shall be made after May 30, 2014, except with the express permission of the Honorable Kevin H. Sharp.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge