IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC, | § | |
|     *Plaintiff,* | § § § | |
| | § | Case No. 3:11-cv-00069 |
| | § § | JUDGE SHARP |
| | § § | |
| SUNTRUST BANKS, INC., *ET AL.,* | § § | MAGISTRATE JUDGE GRIFFIN |
|     *Defendants.* | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE
DEFENDANTS CARDLYTICS, INC., REGIONS BANK, AND REGIONS
FINANCIAL CORPORATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and Restricted License Agreement, between the Plaintiff, TuitionFund, LLC ("TuitionFund") and Defendant Cardlytics, Inc., and Defendants Regions Bank and Regions Financial Corporation, (Cardlytics, Inc., Regions Bank, and Regions Financial Corporation, collectively the "Defendants"), the parties have agreed to compromise all claims and counterclaims against each other in the above-captioned action. The parties move this Court to dismiss with prejudice in the above entitled cause any and all claims by TuitionFund against Defendants and to dismiss with prejudice all counterclaims by Defendants against TuitionFund with the proviso that nothing in this dismissal limits the right of Defendants and their permitted successors and assigns to raise any challenge under 35 USC Section 101 et seq., including without limitation the infringement, validity, enforceability and/or patentability of the Licensed Patents (as defined in the

"Settlement, Release and Restricted License Agreement" having an effective date of April 16, 2014) in any forum, including without limitation in any court of competent jurisdiction, in the event that any or all of them are alleged to infringe directly or indirectly one or more of the Licensed Patents. TuitionFund and Defendants also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

      A proposed Order accompanies this motion.

Respectfully submitted,

*/s/ Edward Chin*

**EDWARD CHIN**
TEXAS STATE BAR NO. 5051168
**DRAKE MARTIN**
TENNESSEE STATE BAR NO. 018786
**KIRK VOSS**
TEXAS STATE BAR NO. 24075299
**ROBERT WINN CUTLER**
TEXAS STATE BAR NO. 24084364
**CHRISTIAN HURT**
TEXAS STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75063
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
drakemartin@nixlawfirm.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com

**GEORGE EDWARD BARRETT**
STATE BAR NO. BPR#2672
**DAVID W. GARRISON**
STATE BAR NO. BPR#24968

**SCOTT P. TIFT**
STATE BAR NO. BPR#27592
BARRETT JOHNSTON, LLC
217 Second Avenue, N
Nashville, TN 37201
615.244.2202 (telephone)
615.252.3798 (facsimile)
dgarrison@barrettjohnston.com
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

**NELSON J. ROACH**
TEXAS STATE BAR NO. 16968300
**DEREK T. GILLILAND**
TEXAS STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.3827 (facsimile)
dgilliland@nixlawfirm.com

**BRADY PADDOCK**
TENNESSEE STATE BAR NO. 025201
**R. BENJAMIN KING**
TEXAS STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**STEVEN HOWARD SLATER**
TEXAS STATE BAR NO. 00784985
**NATALIE SWIDER**
TEXAS STATE BAR NO. 24063211
**BRIAN CARLSON**
TEXAS STATE BAR NO. 24001839
**SLATER & MATSIL, L.L.P.**
17950 Preston Road, Suite 1000
Dallas, Texas 75252
972.732.1001 (telephone)
972.732.9218 (facsimile)
slater@slater-matsil.com

swider@slater-matsil.com
carlson@slater-matsil.com

**ATTORNEYS FOR PLAINTIFF
TUITIONFUND, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via email, upon Defendants' Counsel of Record on this 17th day April, 2014.

Brian J. Malcom (admitted *pro hac vice)*
**WALLER LANSDEN DORTCH & DAVIS, LLP**
1901 Sixth Avenue, Suite 1400
Birmingham, AL 35203
Brian.malcom@wallerlaw.com

Michael S. Connor (admitted *pro hac vice*)
M. Scott Stevens (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
101 S. Tryon St., Suite 4000
Charlotte, NC 28280

Matthew Urbanawiz (admitted *pro hac vice*)
Daniel L. Huynh (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424

_____
**NIX PATTERSON & ROACH, L.L.P.**